FILED
2016 OCT 11 P 3:46
SUSAN Y. SOONG
CLERK, US DISTRICT COURT
NO. DIST. OF CA.

Your Name: VINTON FROST

Address: 516 O'FARRELL ST. APT. 611 SAN FRANCISCO, CA 94102

Phone Number: (415) 608-1029

Fax Number: NONE

E-mail Address: pluribusfounders@icloud.com

Pro Se Plaintiff

NC

United States District Court

Northern District of California

CV16 5883

| | |
|---|---|
| VINTON FROST<br><br>Plaintiff(s),<br><br>vs.<br><br>TOM STEYER; DIANNE FEINSTEIN; STANFORD UNIVERSITY; ROBIN VASAN; PALO ALTO POLICE OFFICERS BECHETTI, MICELI, MELLAR, DOWNEY, BARDOR; WESTIN HOTEL MANAGEMENT L.P., WESTIN REALTY CORP., Defendant(s). | Case Number: *[leave blank]*<br><br>**COMPLAINT**<br><br>DEMAND FOR JURY TRIAL<br>Yes ☒ No ☐ |

SAN FRANCISCO POLICE OFFICER HICKLIN, SAN FRANCISCO INVESTIGATOR LUK AND DOES ONE THROUGH TWENTY, PUBLIC DEFENDERS POLA CRAWFORD AND GARY GOODMAN.

1. **Parties in this Complaint**

a. **Plaintiff(s).** *Write your name, address, and phone number. If there are other plaintiffs, use more pages to include their names, addresses, and phone numbers.*

Name: VINTON FROST

Address: 516 O'FARRELL ST #611
SAN FRANCISCO, CA 94102

Phone number: (415) 608-1029

b. **Defendant(s).** *Write the full name and address of every defendant. If the defendant is a corporation, write the state where it is incorporated and the state where it has its main place of business. Use more pages if you need to.*

**Defendant 1:**

Name: TOM STEYER

Address: 3030 PACIFIC ~~AVENUE~~ AVENUE
SAN FRANCISCO, CALIFORNIA 94115

**Defendant 2:**

Name: SENATOR DIANE FEINSTEIN

Address: ONE POST STREET, SUITE 2450
SAN FRANCISCO, CALIFORNIA 94104

**Defendant 3:**

Name: ~~EEE~~ THE LELAND STANFORD JUNIOR UNIVERSITY

Address: C/o DEBRA ZUMWALT, OFFICE OF THE PRESIDENT, BLDG 10
STANFORD, CALIFORNIA 94305

**Defendant 4:**

Name: ROBIN VASAN

Address: 13300 BURKE ROAD
LOS ALTOS HILLS, CALIFORNIA, CA 94022

~~2. **Jurisdiction**~~

*Usually, only two types of cases can be filed in federal court: cases involving "federal questions" and cases involving "diversity of citizenship." Check at least one box.*

☐ My case belongs in federal court under <u>federal question jurisdiction</u> because it is about federal law(s) or right(s).

*Which law(s) or right(s) are involved?* ____________________

☐ My case belongs in federal court under <u>diversity jurisdiction</u> because none of the plaintiffs ~~live in the same state as any of the defendants AND the amount of damages is more than $75,000.~~

~~b. **Defendant(s).** *Write the full name and address of every defendant. If the defendant is a corporation, write the state where it is incorporated and the state where it has its main place of business. Use more pages if you need to.*~~

**Defendant ~~1~~: 5**
Name: OFFICER BECHETTI, PALO ALTO POLICE DEPARTMENT
Address: 275 FOREST AVENUE
PALO ALTO, CALIFORNIA 94301-2513

**Defendant ~~2~~: 6**
Name: OFFICE MECELI, PALO ALTO POLICE DEPARTMENT
Address: 275 FOREST AVENUE 94301-2513
PALO ALTO, CALIFORNIA

**Defendant ~~3~~: 7**
Name: OFFICER MELGAR, PALO ALTO POLICE DEPARTMENT
Address: 275 FOREST AVENUE
PALO ALTO, CALIFORNIA 94301-2513

**Defendant ~~4~~: 8**
Name: OFFICER DOWNEY,
Address: 275 FOREST AVENUE
PALO ALTO CALIFORNIA 94301-2513

~~**2. Jurisdiction**~~

~~*Usually, only two types of cases can be filed in federal court: cases involving "federal questions" and cases involving "diversity of citizenship." Check at least one box.*~~

~~☐ My case belongs in federal court under federal question jurisdiction because it is about federal law(s) or right(s).~~

~~*Which law(s) or right(s) are involved?* ______~~

~~☐ My case belongs in federal court under diversity jurisdiction because none of the plaintiffs live in the same state as any of the defendants AND the amount of damages is more than $75,000.~~

CONTINUED

~~**b. Defendant(s).** *Write the full name and address of every defendant. If the defendant is a corporation, write the state where it is incorporated and the state where it has its main place of business. Use more pages if you need to.*~~

**Defendant ~~1~~:** 9

Name: OFFICER BARBOUR, PALO ALTO POLICE DEPARTMENT

Address: 275 FOREST AVENUE

PALO ALTO, CA 94301-2513

**Defendant ~~2~~:** 10

Name: WESTIN HOTEL MANAGEMENT L.P. (DELAWARE)

Address: 111 WESTCHESTER AVENUE

WHITE PLAINS, NEW YORK 10604

**Defendant ~~3~~:** 11

Name: WESTIN REALTY CORP. (DELAWARE)

Address: 15147 NORTH SCOTTSDALE ROAD, SUITE H-210

SCOTTSDALE, ARIZONA 85254

**Defendant ~~4~~:** 12

Name: DOES ONE THROUGH TWENTY

Address: ______

______

~~**2. Jurisdiction**~~

*Usually, only two types of cases can be filed in federal court: cases involving "federal questions" and cases involving "diversity of citizenship." Check at least one box.*

☐ My case belongs in federal court under federal question jurisdiction because it is about federal law(s) or right(s).

*Which law(s) or right(s) are involved?* ______

______

☐ My case belongs in federal court under diversity jurisdiction because none of the plaintiffs ~~live in the same state as any of the defendants AND the amount of damages is more than $75,000.~~

~~b. Defendant(s). *Write the full name and address of every defendant. If the defendant is a corporation, write the state where it is incorporated and the state where it has its main place of business. Use more pages if you need to.*~~

**Defendant ~~1~~: 13**

Name: OFFICER HICKLIN, PALO ALTO POLICE DEPARTMENT

Address: TENDERLOIN POLICE STATION, 301 EDDY STREET

SAN FRANCISCO, CA 94102

**Defendant ~~2~~: 14**

Name: INVESTIGATOR LUK

Address: TENDERLOIN POLICE STATION, 301 EDDY STREET

SAN FRANCISCO, CA 94102

**Defendant ~~3~~: 15**

Name: PUBLIC DEFENDER POLA CRAWFORD

Address: SANTA CLARA COUNTY PUBLIC DEFENDER, PALO ALTO

231 GRANT AVE., PALO ALTO, CA 94306

**Defendant ~~4~~: 16**

Name: PUBLIC DEFENDER GARY GOODMAN

Address: SANTA CLARA COUNTY PUBLIC DEFENDER, PALO ALTO

231 GRANT AVE, PALO ALTO, CA 94306

~~2. **Jurisdiction**~~

~~*Usually, only two types of cases can be filed in federal court: cases involving "federal questions" and cases involving "diversity of citizenship." Check at least one box.*~~

~~☐ My case belongs in federal court under federal question jurisdiction because it is about federal law(s) or right(s).~~

~~*Which law(s) or right(s) are involved?* ______________________________~~

~~☐ My case belongs in federal court under diversity jurisdiction because none of the plaintiffs live in the same state as any of the defendants AND the amount of damages is more than $75,000.~~

**3. Venue**

*This Court can hear cases arising out of Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo, and Sonoma counties. This is the right court to file your lawsuit if 1) All defendants live in California AND at least one of the defendants lives in this district; OR 2) A substantial part of the events you are suing about happened in this district; OR 3) A substantial part of the property that you are suing about is located in this district; OR 4) You are suing the U.S. government or a federal agency or official in their official capacities and you live in this district. Explain why this district court is the proper location to file your lawsuit.*

Venue is appropriate in this Court because ALL DEFENDENTS LIVE IN CALIFORNIA AND AT LEAST ONE AND PROBABLY ALL DEFENDENTS LIVE IN THIS DISTRICT AND ONE U.S. GOVERNMENT OFFICIAL IS AMONG THE DEFENDENTS

**4. Intradistrict Assignment**

*There are three divisions of this Court: San Francisco/Oakland, San Jose, and Eureka. The San Francisco/Oakland division covers Alameda, Contra Costa, Marin, Napa, San Francisco, San Mateo, and Sonoma counties. The San Jose division covers Monterey, San Benito, Santa Clara, Santa Cruz counties. The Eureka division covers Del Norte, Humboldt, Lake, Mendocino counties, only if all parties consent to a magistrate judge. Explain which division your case should be assigned.*

This lawsuit should be assigned to [*Select one: San Francisco/Oakland, San Jose, OR Eureka*] Division of this Court because THE MOST OBVIOUS INJURY TO PLAINTIFF OCCURRED IN SANTA CLARA COUNTY.

**5. Statement of Facts and Claims**

*Write a short and simple description of the facts of your case. Include WHERE and WHEN the events happened, WHO was involved, WHAT role each defendant played, and HOW you were harmed. If you know which laws or rights the defendant violated, you can include them, but you do not need to make legal arguments. Put each fact or claim into a separate, numbered*

*paragraph, starting with 5a, 5b, and so on. Attach additional sheets of paper as necessary. You may attach documents that support your claims to the end of this Complaint as exhibits. Explain what each exhibit is, when and how you got it, and how it supports your claims. Attaching a document to your Complaint does not necessarily mean that it will be accepted as evidence.* ¶1. SENATOR FEINSTEIN, ON MARCH 27, 2015, DENIED MY REQUEST OF MARCH 11, 2015, THAT SHE OR HER OFFICE PASS ON TO FEDERAL AUTHORITIES MY PETITION REGARDING ABUSES INJURING ME MADE BY A SECRET ELITE GROUP OF BUSINESSMEN TIED TO OUR CENTRAL INTELLIGENCE AGENCY. I BELIEVE HER POLICY TO TAKE NO SUCH ACTION PREVENTED ME FROM SECURING EQUAL PROTECTION OF THE LAWS. HER LETTER IS INCLUDED AS EXHIBIT A.

¶2 ON THE MORNING OF OCTOBER 10, 2014, IN SAN FRANCISCO, I CALLED THE AMERICAN CIVIL LIBERTIES UNION FOR ADVICE IN PREPARING A CLAIM AGAINST A SECRET ELITE GROUP EMPOWERED BY THE CIA WHICH ACTED IN A PATTERN OF BEHAVIOR SINCE 2003 AND IN CONSPIRACY TO ABUSE ME OF MY CONSTITUTIONAL RIGHTS UNDER THE 14TH AMENDMENT OF THE CONSTITUTION. I ALSO CALLED A STANFORD CLASSMATE TO INVITE HIM TO THAT EVENING'S STANFORD FOOTBALL GAME, LEAVING THE MESSAGE ON HIS MOBILE DEVICE THAT I WOULD ALSO BE VISITING STANFORD MEDICAL CENTER TO SEEK TREATMENT. I WAS ABUSED FOR TAKING THESE PROTECTED ACTIVITIES.

¶3 INFORMED THROUGH NSA OR OTHER SURVEILLANCE, JOHN DOE #1, BASED ON MY INFORMATION AND BELIEF, CONTACTED STANFORD TRUSTEE TOM STEYER, AND A PLOT WAS BEGUN THEN AND MODIFIED THROUGHOUT THAT DAY TO DENY ME ACCESS TO HEALTH CARE

AT STANFORD, RESULTING, UPON INFORMATION AND BELIEF: IN BATTERY ON ME BY PALO ALTO POLICE OFFICER BECHETTI, BREACH OF OFFICIAL DUTIES, INACTION, SUPPRESSION OF EVIDENCE AND FALSIFIED REPORTS WITH SUBSEQUENT INACTION AND DECEIT BY PALO ALTO POLICE OFFICERS MICELI, MELGAR, DOWNEY, BANDOUR; WRONGFUL ACTS BY REPRESENTATIVES AND ALTER EGO'S OF WESTIN HOTEL MANAGEMENT L.P. AND WESTIN REALTY CORP.; TAKEN ACCORDING TO A FRAUDULENT CONSPIRACY APPROVED BY TOM STEYER AND CARRIED OUT BY ROBIN VASSAN, HOWARD WOLF (AN OFFICE OF THE LELAND STANFORD JUNIOR UNIVERSITY), AN ALTER EGOS OF WESTIN HOTEL MANAGEMENT L.P. OR WESTIN REALTY CORP., AND PALO ALTO POLICE DEPARTMENT OFFICER BECHETTI, INCLUDING, IN THE CONSPIRACY, OTHER PARTICIPANTS JOHN DOES TWO THROUGH TEN.

¶4 ATTACHED IS A STATEMENT AS EXHIBIT 1 I MADE AND INCLUDED HERE, UPON INFORMATION AND BELIEF, AS TO THE EVENTS OF OCTOBER 10 AND 11, WITH THE DIFFERENCE TO MY BELIEF TODAY THAT IT IS MORE THAN PLAUSIBLE IF NOT PROBABLE GIVEN MY THEN PROXIMITY TO THE HOTEL AND THE VERY SHORT PERIOD OF TIME AFTER BEING ASKED TO LEAVE THE PROPERTY BY SERGEANT BUCHETTI, THAT ONLY SERGEANT BUCHETTI OR AN OFFICER UNDER HIS COMMAND, COULD HAVE BATTERED ME TO TAKE POSSESSION OF MY CELLPHONE, WHICH HAD RECORDED THE PHOTOGRAPHS OF TWO MEMBERS OF THE CONSPIRACY WHO HAD LURED ME TO THE HOTEL.

¶5 CONTRARY TO THE POLICE REPORTS ATTACHED HERE AS EXHIBIT 2, IT WAS I WHO CALLED POLICE

TO REQUEST ASSISTANCE THE FIRST TIME TO REPORT THEFT OF MY MRI IMAGES, AND IT WAS I WHO CALLED POLICE THE SECOND TIME, USING THE LOBBY DESK PHONE AT THE WESTIN TO REPORT THAT I HAD BEEN ATTACKED AND NEEDED ASSISTANCE – FACTS SUPPORTED, ACCORDING TO OFFICER DOWNEY, BY 911 TRANSCRIPTS. THE REPORTS DO NOT INCLUDE MY ON-SITE AND SUBSEQUENT COMPLAINTS OF THEFT, BATTERY, AND THEFT.

¶6 WESTIN EMPLOYEE DEBORAH WASHINGTON ACTING UPON INSTRUCTION, UPON MY INFORMATION AND BELIEF, FROM A WESTIN LP OR WESTIN CORP ALTER EGO(S) AND COMMITTED THE WRONGFUL ACT OF A CITIZEN'S ARREST FOR TRESPASS INSTEAD OF INSURING THAT I RECEIVED MEDICAL ATTENTION. SHE DID NOT ASK ME TO LEAVE THE PROPERTY WHEN AND AFTER I ARRIVED TO USE HER PHONE TO CALL 911 AND TO USE THE HOTEL LOBBY AS A PLACE OF REFUGE.

¶7 AFTER I WAS ARRESTED AND BOOKED AT SANTA CLARA COUNTY JAIL, I REQUESTED MEDICAL ATTENTION AND ALSO THAT THE SHERIFF DEPUTIES CALL THE FBI AND INFORM THEM OF MY ARREST. I AUTHORIZE THE COURT TO CONTACT THE FEDERAL BUREAU OF INVESTIGATION TO ASK THEM TO FACT-CHECK THIS COMPLAINT.

¶8 AFTER MY ~~REL~~ RELEASE ON OCTOBER 16, 2014, I WAS STALKED BY A JOHN DOE IN THE HUMAN SERVICE AGENCY (OF THE CITY AND COUNTY OF SAN FRANCISCO) BUILDING ON 1650 MISSION STREET, AND REPORTED THE OCCURRENCE AT THE SFPD TENDERLOIN STATION TO OFFICER NEBUCHI WHO WAS JOINED BY AN UNIDENTIFIED

JOHN DOE POLICE OFFICER. UPON REVIEWING MY REPORT WEEKS LATER IN JANUARY 2015, I DISCOVERED THAT THE REPORT WAS IN ERROR AND SUSPECT IT TO BE FALSIFIED AND THAT MY WRITTEN NARRATIVE HAD BEEN LOST. THE REPORT WAS SIGNED BY OFFICER HICKLIN, WHO DID NOT CONTACT ME TO VERIFY THE REPORT, MY STATEMENT, NOR THE LOCATION WHERE THE STALKING OCCURRED. ATTEMPTS TO SUBMIT A SUPPLEMENTAL REPORT WERE REBUFFED, AND FINALLY WHEN INVESTIGATOR LUK WAS ASSIGNED TO THE CASE TO FOLLOW-UP, HE REJECT MY NUMEROUS ATTEMPTS TO BE INTERVIEWED AND TO MAKE A FOLLOW-UP STATEMENT. MY CAUSE OF ACTION INCLUDES INACTION, SUPPRESSION OF EVIDENCE, FALSE CLAIMS.

¶9 I BELIEVE THIS SAN FRANCISCO POLICE BREACH OF OFFICIAL DUTIES, AND FRAUD AND CONSPIRACY WAS AUTHORIZED OVERTLY [illegible] OR THROUGH KNOWLEDGE AND ACQUIESENCE BY TOM STEYER IN CONSPIRACY WITH POLICE OFFICER AND PRIVATE CITIZEN JOHN DOES ELEVEN THROUGH [illegible]. EIGHTEEN.

¶10 IF THE THE COURT ALLOWS ME PRELIMINARY DISCOVERY OF THE TELECOMMUNICATION AND PRIVATE MOBILE MESSAGING APPLICATION META-DATA LIKE THAT I HAVE ASKED OFFICER DOWNEY, I WILL BE ABLE TO PROVIDE GREATER PARTICULARITY TO MY CLAIMS, ESPECIALLY THE OVER-RIDING COMPLAINT ABOUT CONSPIRACY. I WILL BE ABLE THROUGH ADDITIONAL DISCOVERY TO IDENTIFY AND STATE A COURSE OF ACTION TO ALL REMAINING JOHN DOES. THE CONSPIRACY NOW HAS MORE COMPLETE KNOWLEDGE.

¶11 UNDER AND SUBJECT TO LAWS OF PERJURY I BELIEVE ALL STATEMENTS MADE IN THIS COMPLAINT ARE

~~*paragraph, starting with 5a, 5b, and so on. Attach additional sheets of paper as necessary. You*~~ *may attach documents that support your claims to the end of this Complaint as exhibits. Explain what each exhibit is, when and how you got it, and how it supports your claims. Attaching a* ~~*document to your Complaint does not necessarily mean that it will be accepted as evidence.*~~

TRUE AND ACCURATE TO THE BEST OF MY KNOWLEDGE.

¶ 12 ATTACHED AS EXHIBIT 3 IS A LETTER OF PROTEST TO AARON PENSKY. I BELIEVE PUBLIC DEFENDERS CRAWFORD AND GOODMAN CONSPIRED WITH ALTER EGOS OF VASAN, WOLF, AND/OR STEYER, TO PROLONG COURT PROCEEDINGS AND TO DENY ME MY RIGHT FOR A FULL AND FAIR OPPORTUNITY TO PRESENT ISSUES AND A FULL AND FAIR OPPORTUNITY TO LITIGATE.

¶ 13 I EXPECT TO AMEND THIS COMPLAINT TO INCLUDE ADDITIONAL ACTIVITY WITHIN THE LAST TWO YEARS, THAT THIS CONSPIRACY, WITH THE INDIVIDUALS NAMED AND JOHN DOES, ~~HAVE~~ HAS HAD AN OPPRESSIVE EFFECT ON MY WRITTEN AND UNMENTIONED CONSTITUTIONAL RIGHTS AND RIGHTS AFFIRMED IN THE BILL OF RIGHTS ~~INCLUDING A RIGHT TO PRIVACY~~ AS WELL AS OTHER FEDERAL RULES; INCLUDING A RIGHT TO PRIVACY, RIGHT OF ACCESS TO PUBLIC SERVICES, RIGHT OF ACCESS TO HEALTH CARE, RIGHT OF ACCESS TO EDUCATION, AND A RIGHT TO ACCESS TO LEGAL SERVICES, AND RIGHTS TO FAIR HOUSING, AND RIGHTS TO WORKER'S COMPENSATION.

¶ THE CAUSES OF ~~ACT~~ ACTION AGAINST THE PUBLIC DEFENDER INCLUDES CLAIMS AGAINST JOHN DOES NINTEEN AND TWENTY.

**6. Demand for Relief**

*State what you want the Court to do for you. For example, depending on which claims you raise, it may be appropriate to ask the Court to award you money or order the defendant to do something or stop doing something. If you are asking for money, you can say how much you are asking for and why you should get that amount.*

FOR THE FIRST CAUSE OF ACTION, I ASK SENATOR FEINSTEIN TO INFORM HER FEDERAL COUNTERPARTS AT THE DEPARTMENT OF JUSTICE, THE FEDERAL BUREAU OF INVESTIGATION, THE CENTRAL INTELLIGENCE AGENCY, AND THE NATIONAL SECURITY AGENCY, SO THAT THEY WILL BE AWARE ~~BE~~ IN WASHINGTON D.C.

FOR ALL CAUSES OF ACTION INVOLVING POLICE OFFICERS, I ASK FOR COMPENSATORY DAMAGES AND/OR INJUNCTIVE RELIEF IN AN AMOUNT AND IN A METHOD(S) ~~YEST~~ YET TO BE ASCERTAINED

FOR ALL CAUSES OF ACTION INVOLVING PRIVATE PARTIES, I SEEK COMPENSATORY AND PUNITIVE DAMAGES IN AN AMOUNT YET TO BE ASCERTAINED

**7. Demand for Jury Trial**

*Check this box if you want your case to be decided by a jury, instead of a judge.*

☒ Plaintiff demands a jury trial on all issues.

*All plaintiffs must sign, date, and print their names at the end of the Complaint. Attach another page if you need to.*

Respectfully submitted,

Date: 10/16/2016 Sign Name: [signature]

Print Name: VINTON FROST

EXHIBIT A

DIANNE FEINSTEIN
CALIFORNIA

SELECT COMMITTEE ON INTELLIGENCE – CHAIRMAN
COMMITTEE ON APPROPRIATIONS
COMMITTEE ON THE JUDICIARY
COMMITTEE ON RULES AND ADMINISTRATION

# United States Senate

WASHINGTON, DC 20510-0504
http://feinstein.senate.gov

March 27, 2015

Mr. Vinton Frost
516 Ofarrell St
San Francisco, California 94102

Dear Mr. Frost:

Thank you so much for contacting my office and sharing your concerns with me. I appreciate your trust and am sorry to hear of your difficulties.

I sympathize with your concerns and your desire to have your problems resolved. It appears that your case is a legal matter and you need the kind of assistance which can be provided by legal counsel. If you are not already working with an attorney, you may want to contact the local Bar Association, Legal Aid Societies, or similar groups which can assist you in finding an attorney.

As a United States Senator I cannot intervene in, or comment on, a matter that is within the jurisdiction of the courts. This policy preserves the separation of powers doctrine, delineated in the Constitution to the branches of government, and upholds the integrity of our system of justice.

I appreciate your writing to me and do wish I could be more helpful to you. If there is any way my office can assist you with problems with the federal government, please get back in touch with me.

Sincerely,

Dianne Feinstein
United States Senator

DF:rl

Exhibit 1 page 1

AUGUST 23, 2016

BY HAND DELIVERY

VINTON FROST
516 O'FARRELL ST #611
SAN FRANCISCO, CA 94102

OFFICER SEAN DOWNEY
POLICE DEPARTMENT
CITY OF PALO ALTO

REGARDING: CASE # 14-5846

DEAR OFFICER DOWNEY

ON OCTOBER 10, 2014 I WAS A VICTIM OF AN OPERATION ORGANIZED BY A SECRET GROUP OF ELITE BUSINESSMEN IN RETALIATION FOR MY CALLING THE ACLU, THAT MORNING, TO COMPLAIN ABOUT THEM AND THE CIA, AND TO INTERFERE WITH MY HEALTHCARE, TO DENY ME CARE AT STANFORD.

AFTER THE STANFORD/WASHINGTON STATE GAME, I WAS CALLED OUT BY TWO MEN AT A TAILGATER, ONE OF WHICH SAID HE KNEW ME. HE GAVE ME A BEER WHICH I AM CERTAIN CONTAINED SOME KIND OF DATE RAPE DRUG. THEY INVITED ME TO THE LOBBY BAR AT THE WESTIN FOR ONE MORE DRINK BEFORE MY TRAIN BACK TO SAN FRANCISCO. THEY HAD SAID THEY HAD ATTENDED STANFORD'S B-SCHOOL

THEY ASKED ME, TO GO TO THE BAR TO GET A DRINK ON THEIR TAB AND LATER I DISCOVERED SOMEONE HAD STOLEN MY MRI IMAGES AND HEALTH INSURANCE DOCUMENTS I HAD WITH ME. (I HAD TRIED TWICE UNSUCCESSFULLY TO MEET A SOCIAL WORKER AT STANFORD HOSPITAL.) WHEN THE WESTIN MANAGEMENT COULD NOT HELP ME, I ASKED FOR THEM TO CALL THE POLICE.

FROST TO DOWNEY, PAPD Exhibit # page 2

I TOOK PICTURES OF THE TWO MEN ON MY CELLPHONE AND AFTER LEAVING THE HOTEL ON THE EL CAMINO SIDEWALK, ON MY WAY TO THE BUS STATION (I HAD MISSED THE LAST CALTRAIN), I WAS STRUCK ON THE BACK OF MY HEAD, MY PHONE WAS SNATCHED, AND I PASSED OUT.

I SUSPECT THAT THE WESTIN SECURITY GUARDS WERE RESPONSIBLE FOR THE MRI THEFT, ASSAULT, AND PHONE THEFT. I SUSPECT THEY WERE BRIEFED ON THIS OPERATION BY ROBIN VASSAN, A RESIDENT OF PALO ALTO OF THE MAYFIELD FUND, AND HOWARD WOLF, PRESIDENT OF THE STANFORD ALUMNI ASSOCIATION, PROBABLY AT THE HOTEL BEFORE 5 PM.

I AM SURE THERE MUST HAVE BEEN SOME FORM OF COMMUNICATION BETWEEN THE SECURITY GUARDS AND VASSAN MOMENTS AFTER MY TAKING PICTURES OF THE TWO MEN WHO HAD DRUGGED ME. IT WAS PROBABLY A PRIVATE MESSAGING APPLICATION ON THEIR MOBILE DEVICE. I WOULD BET THEY USED WHATSAPP. THEY RECEIVED INSTRUCTIONS FROM VASSAN TO GET MY PHONE.

EARLIER IN THE DAY, I HAD CALLED MY FRIEND TERRENCE CHUN BECAUSE I HAD AN EXTRA TICKET. I AM SURE SOMEONE CALLED HIM TO TELL HIM NOT TO GO TO THE GAME WITH ME SO THAT I WOULD BE ALONE AND VULNERABLE. LIKEWISE, I SAW MY CLASSMATE AMY PAULSEN THAT DAY ON CAMPUS, AND I EXPECTED TO SEE HER AGAIN AT CHUCK TAYLOR GROVE FOR A TAILGATER, BUT SHE ALSO WAS PROBABLY INSTRUCTED NOT TO ATTEND THE GAME.

Exhibit 1 page 3

I WOULD LIKE TO ASK YOU TO INTERVIEW ME AT YOUR EARLIEST CONVENIENCE AND WOULD IMPLORE YOU TO SUBPOENA THE META-DATA FROM THE SECURITY GUARDS', VASSAR'S, AND WOLF'S CELLULAR PHONES AND WHATAPP ACCOUNTS.

I AM READY TO VISIT WITH YOU AND PROVIDE ADDITIONAL INFORMATION AT ANY TIME. YOU CAN REACH ME ON MY MOBILE PHONE (415) 608-1029.

THANK YOU FOR YOUR SERVICE.

SINCERELY,

[signature]

VINTON P. FROST.
12·31·1965
CDL F7355750

P.S. OTHER PARTICIPANTS INCLUDE:

[redacted]

PAGE 3 OF 3

Exhibit 2 page 1

| REPORT TYPE / CLASSIFICATION SUPPLEMENTAL (CIRCLE) | PALO ALTO POLICE CONTINUATION | CASE NUMBER |
|---|---|---|
| Penal Code / Trespass | | 14-5846 |

**SYNOPSIS**

A male suspect was contacted for trespassing on the property of a hotel. Police, on behalf of the hotel agent, admonished the subject from the property and told him not to return on the property. Less than an hour later, the suspect returned to the hotel property. Police again contacted the suspect. The reporting party signed a citizen's arrest form and PAPD arrested the suspect. The suspect was booked into Main Jail for likelihood of reoccurrence.

**INVESTIGATION**

On 10/11/14 at approximately 0145 hours, I responded to the Westin Hotel located at 675 El Camino Real for the report of a trespasser who had returned to the property after being admonished by police. While en route, Sergeant Becchetti advised me that PAPD had already contacted the subject, later referred to as Suspect Vinton Pomeroy Frost II, and admonished him from the property (PAPD Inc # 14-284-0002 @ 0016 hours). Sgt. Becchetti stated that the subject was escorted off the premises and was told not to return. When I arrived on scene, I saw the subject seated on a bench in the hotel lobby. I contacted the Reporting Party, Deborah Washington, and obtained the following statement, in summary:

**Statement of Reporting Party Deborah Washington**

Washington is the front desk supervisor at the Westin Hotel. On 10/11/14 at approximately 2340 hours, Frost entered the front lobby area and began engaging other patrons verbally. Frost then demanded to take a bus to San Francisco. Washington explained that a bus would not be coming, but Frost demanded more information about the bus schedule. Washington reiterated that a bus would not be coming and Frost demanded to complain to a higher authority. Washington, knowing Frost was not a patron, told him to leave. Frost refused and sat on a bench inside the lobby. Washington called police and Sgt. Becchetti responded. Sgt. Becchetti told Frost to leave on behalf of Washington. Frost was escorted out of the lobby and off the premises by Sgt. Becchetti.

On 10/11/14 at approximately 0145 hours, Frost returned and demanded assistance in finding his "papers." Frost sat on the same bench and Washington called police and awaited their arrival.

Washington signed a PAPD Arrest By Private Person form and I arrested Frost for trespassing. Ofc. Melgar placed Frost in the back of her PAPD patrol vehicle.

Prior to obtaining a statement from Frost, I read Frost his Miranda Rights directly from my department issued Miranda Admonishment card. Frost indicated his understanding of his rights by answering "Yes, sir." to each the questions I asked him regarding his rights. Frost implied his waiver by providing the following statement, in summary:

| OFFICER'S NAME | ID NUMBER | DATE | SUPERVISOR REVIEW | ID NUMBER | DATE |
|---|---|---|---|---|---|
| Miceli | 06913 | 10/11/14 | Burgess | 5465 | 10/11/14 |

Exhibit 2 page 2

| REPORT TYPE / CLASSIFICATION SUPPLEMENTAL (CIRCLE) | PALO ALTO POLICE CONTINUATION | CASE NUMBER |
|---|---|---|
| Penal Code / Trespass | | 14-5846 |

**Statement of Suspect Vinton Pomeroy Frost II**

When asked if he remembered that he was admonished from the property and told not to return by police, Frost stated that he remembered being told not to return to the property and did so anyways.

**Recommendation**

Prosecute Suspect Frost as booked.

**PLEO**

| | | |
|---|---|---|
| Sgt. Becchetti | #04129 | Admonished Frost, no supplement |
| Ofc. Melgar | #07197 | Transported Frost, no supplement |

| OFFICER'S NAME | ID NUMBER | DATE | SUPERVISOR REVIEW | ID NUMBER | DATE |
|---|---|---|---|---|---|
| Miceli | 06913 | 10/11/14 | [signature] | 5469 | 10/11/14 |

M'ch 11, 2015

Exhibit 3 page 1

VINTON FROST
516 O'FARRELL ST.
SAN FRANCISCO, CA 94102
(415) 595-4750

REF: CASE NO. B1475271

THE HONORABLE AARON H. PERSKY
SUPERIOR COURT OF SANTA CLARA COUNTY
PALO ALTO COURT
270 GRANT AVENUE
PALO ALTO, CA 94306

ENDORSED
FILED
MAR 11 2015
DAVID H. YAMASAKI
Chief Executive Officer/Clerk
Superior Court of CA County of Santa Clara
BY [signature] DEPUTY

DEAR JUDGE PERSKY,

I AM WRITING TO RESPECTFULLY REQUEST YOUR CONSIDERATION AND GUIDANCE REGARDING MY CASE AND THE ACTIONS OF GARY GOODMAN, PUBLIC DEFENDER, AND HIS OFFICE.

LAST YEAR, AT A STANFORD-WASHINGTON STATE POST-GAME TAILGATER, I WAS DRUGGED AND LURED TO THE WESTIN HOTEL, WHERE I WAS ROBBED OF MY MRI AND OTHER MEDICAL RECORDS. BECAUSE I HAD BEEN DRUGGED, I WAS UNABLE TO CONVINCE PAPD THAT I HAD BEEN A VICTIM, ~~[illegible]~~ WHILE TAKING PHOTOS OF THE TWO MEN I THOUGHT WERE RESPONSIBLE*. LATER I WAS ATTACKED AND SUFFERED A BLOW TO THE HEAD, WHICH RENDERED ME UNCONSCIOUS FOR A COUPLE OF HOURS, AND MY CELLPHONE ~~HAD BEEN~~ WAS STOLEN.

AGAIN, I WAS UNABLE TO CONVINCE PAPD I HAD BEEN A VICTIM, AND, THAT I HAD RETURNED TO THE WESTIN TO ASK THEM AGAIN TO CALL POLICE.

PAGE 1 OF 3

COMPLAINT
PAGE 19 OF 21

* I LEARNED THIS FROM OFFICER NELSON, PAPD.

MARCH 11 2015

Exhibit 3 page 2

NOT-GUILTY OF TRESPASS, AND, BEFORE AND AFTER ATTENDING COURT, I HAD REPEATEDLY ASKED MS. POLA, THEN MS. WILLIAMS, THEN MR. GOODMAN TO INCLUDE THE STATEMENT I SUBSEQUENTLY MADE TO OFFICERS MELGAR AND BARBOUR OF PAPD; A RECORDED TRANSCRIPT OF THAT CONVERSATION IS THE CONTENT OF PAPD INCIDENT REPORT #14-323-0121. I DO NOT BELIEVE THIS POLICE REPORT WAS EVER ADDED TO MY CASE FILE, CONTRARY TO MY REPEATED EXPRESSED REQUESTS. (YOU WILL NOTICE THE CONVERSATION WAS VERY HELPFUL IN CONVINCING ME I HAD BEEN DRUGGED.)

I CALLED MS. WILLIAMS TO ASK FOR A CONTINUANCE OF MY CASE'S PRE-TRIAL HEARING ON FEBRUARY 24, 2014. MR. GOODMAN RETURNED MY CALL, AND I EXPLAINED TO HIM THAT I ABSOLUTELY NEED THAT MY CASE GO TO TRIAL, WHICH WOULD PROVIDE ME THE SUPEONA POWER OF YOUR COURT TO COLLECT VIDEO AND CELLPHONE EVIDENCE WHICH WOULD NOT ONLY PROVE MY INNOCENCE BUT MORE IMPORTANTLY PROVE THAT I HAD BEEN A VICTIM OF MULTIPLE CRIMES THAT EVENING, AND POSSIBLY TO ASSIST IN THE IDENTIFICATION OF THE PERPETRATORS.

MR. GOODMAN CALLED ME BACK AGAIN AN HOUR LATER ON THE 24TH TO DISSUADE ME FROM PURSUING THIS COURSE OF ACTION, AS WELL AS FROM REACH-OUT TO THE WESTIN HOTEL FOR ASSISTANCE, WITH LANGUAGE AND BUSINESS REFERENCES THAT UNDOUBTEDLY IN MY MIND CONNECT HIM TO A PERNICIOUS CONSPIRACY, WHICH HAS BEEN THE SUBJECT OF, AND CONTINUES TO BE, REPORTS I HAVE MADE TO FEDERAL LAW ENFORCEMENT. I REPORTED THE CONTENT OF MR. GOODMAN'S MESSAGE TO ME ON THE 24TH TO THE FBI OFFICE IN SAN FRANCISCO.

MARCH 11 2015

Exhibit 3 page 3

YESTERDAY IN THE COURTROOM, MR. GOODMAN PRETENDED TO BE CONCERNED WITH MY WELFARE, MAKING THE CASE POSSIBLY THAT I COULD NOT AFFORD TO GO TO TRIAL, BUT HE IN FACT ABUSED ME OF MY RIGHTS BY NOT REPRESENTING MY WISHES TO GO TO TRIAL ~~~~ ~~~~ BY AGREEING TO THE DA MOTION TO DISMISS THE CASE, DESPITE MY PROTEST, WHICH YOU MAY HAVE HEARD IN THE COURTROOM.

(I AM WILLING TO WAIVE RIGHTS TO PRIVACY SO THAT YOU CAN VIEW MY FILE ~~OF~~ AT THE U.S. DEPARTMENT OF JUSTICE AND A REPORT I MADE (#15-049-0014) TO THE STANFORD UNIVERSITY DEPARTMENT OF PUBLIC SAFETY. ON THIS INCIDENT.)

I BELIEVE MR. GOODMAN'S BEHAVIOR WAS ORCHESTRATED BY MR. ROBIN VASAN, A RESIDENT OF PALO ALTO, A VENTURE CAPITALIST AND A GRADUATE OF THE [redacted] BUSINESS SCHOOL, HIS CO-CONSPIRATORS BEING [redacted], SENIOR PARTNER [redacted] AND A GRADUATE OF [redacted], AND [redacted], A GRADUATE OF [redacted] LAW SCHOOL, AMONG SEVERAL OTHERS, INDIVIDUALS WHO ARE COVERT BUSINESSMEN AND OTHER PROFESSIONALS WHO USE CIA-NSA POWERS TO DEFY OUR LAWS, OUR CONSTITUTION, AND THE TRADITIONS OF OUR SOCIETY, AND TO ABUSE ME FOR NOT AGREEING TO BE PART OF THEIR SYSTEM.

I WOULD BE VERY GRATEFUL IF YOU COULD LET ME KNOW YOU ARE IN RECEIPT OF THIS LETTER. THANK YOU! OBVIOUSLY, I AM IN NEED OF YOUR ~~[illegible]~~ GOOD WILL, GUIDANCE, AND PROTECTION.

YOURS SINCERELY

VPFrost

VINTON FROST

PAGE 3 OF 3