VINTON FROST
516 O'FARRELL ST. #611
SAN FRANCISCO, CA 94102
(415) 608-1029

MAY 18, 2017

Not paid

FILED

MAY 18 2017

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

FROST

V.

STEYER, VASAN,
ET. AL.

CASE NO.: 16-CV-05883 NC

NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN THAT VINTON FROST,
PLAINTIFF IN THE ABOVE NAMED CASE, HEREBY
APPEALS TO THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT FROM THE FINAL
JUDGEMENT ENTERED IN THIS ACTION ON THE
15TH DAY OF MAY, 2017.

VINTON FROST