VINTON FROST
516 O'FARRELL ST. #611
SAN FRANCISCO, CA 94102
(415) 608-1029

JUNE 26, 2017

FILED
2017 JUN 26 P 1:19
SUSAN Y. SOONG
CLERK, US DISTRICT COURT
NO. DIST. OF CA.

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

FROST

V.

STEYER, VASAN ETAL

CASE NO.: 16-CV-05883 NC

NOTICE OF AMENDED APPEAL

NOTICE IS HEREBY GIVEN THAT VINTON FROST, PLAINTIFF IN THE ABOVE NAMED CASE, HEREBY ADDS TO HIS EXISTING APPEAL, NO.: 17-16077, IN THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT, AN APPEAL FROM THIS COURT'S MAY 31, 2017 POST-JUDGMENT ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION OF FINAL JUDGMENT, AND DENYING MOTION FOR INTERLOCUTORY APPEAL.

VINTON FROST