United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINTON P. FROST,<br><br>    Plaintiff,<br><br>    v.<br><br>ROBIN VASAN, et al.,<br><br>    Defendants. | Case No. 16-cv-05883-RS<br><br>**JUDGMENT** |

In accordance with the Court's May 7, 2018 order adopting the magistrate judge's report and recommendation and thereby: (a) denying Frost permission to file a Second Amended Complaint; and (b) dismissing his First Amended Complaint without leave to amend, judgment is entered against plaintiff with respect to all claims asserted in the First Amended Complaint.

The clerk is ordered to terminate the case.

**IT IS SO ORDERED**.

Dated: May 7, 2018

_____
RICHARD SEEBORG
United States District Judge