Vinton Frost                                                          May 10, 2018
516 O'Farrell Street
San Francisco, CA 94102
(415) 608-1029

**FILED**

MAY 1 0 2018

**UNITED STATES DISTRICT COURT**

for the

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**NORTHERN DISTRICT OF CALIFORNIA**

*SAN FRANCISO DIVISION*

**FROST**                                        **Case Number:  16-CV-05883-RS**

**v.**

**ROBIN VASAN et al.**                           **Notice of Appeal**

_____

Notice is hereby given that Plaintiff Appeals to the United States Court of Appeals for the Ninth District for relief from the order for final judgement entered into this action May 7, 2018.

Vinton Frost