UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

VINTON P. FROST,

          Plaintiff,

    v.

BECHETTI, et al.,

          Defendants.

Case No.  16-cv-05883-RS

**ORDER RE IN FORMA PAUPERIS STATUS ON APPEAL**

In May of 2018, the Ninth Circuit referred to this Court the question of whether plaintiff Vinton Frost's *in forma pauperis* status should be revoked on appeal.  (Dkt. 75.)  No action to revoke was taken, and by the terms of the referral Frost's *in forma pauperis* status has continued automatically.

**IT IS SO ORDERED**.

Dated: August 29, 2018

_____

RICHARD SEEBORG
United States District Judge