UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 16 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

VINTON P. FROST,

Plaintiff - Appellant,

v.

BECHETTI, Police Officer, Palo Alto Police Department; et al.,

Defendants - Appellees.

No. 18-15856

D.C. No. 3:16-cv-05883-RS
U.S. District Court for Northern California, San Francisco

**MANDATE**

The judgment of this Court, entered December 19, 2018, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Rebecca Lopez
Deputy Clerk
Ninth Circuit Rule 27-7