United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

VINTON P. FROST,

          Plaintiff,

    v.

BECHETTI, et al.,

          Defendants.

Case No.  16-cv-05883-RS

**ORDER**

If plaintiff intended to address his "motion to stay" (Dkt. 80) to this Court, he is advised that any such relief must be sought from the court of appeal.

**IT IS SO ORDERED**.

Dated: April 24, 2019

RICHARD SEEBORG
United States District Judge