United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

VINTON P. FROST,

Plaintiff,

v.

BECHETTI, et al.,

Defendants.

Case No. 16-cv-05883-RS

**ORDER DENYING RENEWED
MOTION TO SET ASIDE JUDGMENT**

The Court construes Vinton Frost's filing of an "Objection," "Notice of Local Rule Violations by Court," and "Motion for Hearing" as a renewed motion to set aside judgment. In his filing, Plaintiff alleges violations of Local Rule 11-4 and airs generalized grievances about "wrongful" legal help from the *pro se* help desk, and developments in his *other* pending cases, such as the Order to Show Cause issued in *Frost v. Chen*, No. 3:20-MC-80186-LJC, Dkt. 8.

Plaintiff's request for court-appointed counsel in this matter was denied because Plaintiff's case failed to meet the "exceptional circumstances" required, Dkt. 20, and he alleges no facts regarding the "wrongful" assistance he received from the *pro se* help desk. Indeed, Plaintiff offers no support for his sweeping and conclusory allegations of conspiracy. As such, the renewed motion to set aside judgement and reopen this case for an evidentiary hearing is denied. No further frivolous motions for reconsideration will be considered.

**IT IS SO ORDERED**.

Dated: April 3, 2023

_____
RICHARD SEEBORG
Chief United States District Judge